IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON DENISE MORRIS, | ) | |
| Plaintiff, | ) | |
| | ) | 2:05cv1678 |
| vs. | ) | Electronic Filing |
| | ) | |
| GREAT LAKES BEHAVIORAL | ) | Judge Cercone |
| INSTITUTE/DIVERSIFIED CARE | ) | Magistrate Judge Mitchell |
| MANAGEMENT and ALLEGHENY | ) | |
| COUNTY DEPARTMENT OF HUMAN | ) | |
| SERVICES, | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 26 day of November, 2007, after the plaintiff, Sharon Denise Morris, filed an action in the above-captioned case, and after motion for summary judgment were submitted by defendants, Great Lakes Behavioral Institute/Diversified Care Management and Allegheny County Department of Human Services, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 44), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of Defendant Allegheny County Department of Human Services (Docket No. 35) is granted with respect Plaintiff's Title VII claims and her disparate pay claim under the PHRA and denied in all other respects.

IT IS FURTHER ORDERED that the motion for summary judgment submitted on behalf of Defendant Great Lakes Behavioral Institute/Diversified Care Management (Docket No. 37) is granted with respect Plaintiff's Title VII claims and her disparate pay claim under the PHRA and denied in all other respects.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Sharon Denise Morris
515 South Trenton Avenue
Pittsburgh, PA 15221

Joseph P. Nigro, Esquire
Nigro & Associates
Two Gateway Center
Suite 1799
Pittsburgh, PA 15222

Caroline Liebenguth, Esquire
Michael H. Wojcik, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219